# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 21-00056 LEK-RT |
| CASE NAME: | Ronda Smythe et al., vs. Brandon Saffeels et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 3/24/2021 |

COURT ACTION:  EO: COURT ORDER: DENYING, WITHOUT PREJUDICE, DEFENDANT COUNTY OF MAUI'S MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES [ECF 7]; AND GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT

    Plaintiffs Ronda Smythe and Liana P. Kanno ("Plaintiffs") filed this action on August 6, 2020, and Defendant County of Maui ("the County") removed the case on January 22, 2021.  [Notice of Removal, filed 1/22/21 (dkt. no. 1), Exh. A (Complaint).] According to the state court's docket, the County was served with the Complaint on January 5, 2021, and Defendant Brandon Saffeels ("Saffeels") was served on January 8, 2021.  On March 7, 2021, Plaintiffs filed their First Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(1).  [Dkt. no. 7.]

    Before the Court is the County's Motion for a More Definite Statement and Motion to Dismiss First Amended Complaint for Injunctive Relief and Damages [ECF 7] ("Motion"), filed on March 22, 2021.  [Dkt. no. 9.]  Because Plaintiffs have already amended their pleading once as a matter of course, they must obtain "the opposing party's written consent or the court's leave" to file further amendments.  See Fed. R. Civ. P. 15(a)(2).  Because leave of court should be "freely give[n] . . . when justice so requires," and because this case is in its early stages, Plaintiffs are GRANTED leave to file a second amended complaint.  See id.  Plaintiffs' counsel and the County's counsel are ORDERED to meet and confer regarding the filing of a second amended complaint. Because Saffeels has not entered an appearance in this case, either through counsel or pro se, his participation is not required when Plaintiffs' counsel and the County's counsel meet and confer regarding the intended second amended complaint.  Plaintiffs are DIRECTED to file their second amended complaint by **May 3, 2021**.

    In light of the grant of leave to amend, the County's Motion is DENIED.  The denial of the Motion is WITHOUT PREJUDICE to: 1) the renewal of the Motion if Plaintiffs fail to file their second amended complaint by **May 3, 2021**; and 2) the filing of a new motion addressing a timely second amended complaint.  If Plaintiffs fail to file a timely second amended complaint, the County may renew the instant Motion by filing a

one-page notice stating it is seeking a ruling on docket number 9.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager