# MINUTE ORDER

CASE NUMBER:   CIVIL NO. 21-00056 LEK-RT

CASE NAME:   Ronda Smythe et al., v Brandon Saffeels et al.,

JUDGE:   Leslie E. Kobayashi   DATE:   11/25/2022

COURT ACTION:   EO: COURT ORDER DIRECTING OBJECTORS TO FILE THEIR OBJECTION IN A MISCELLANEOUS CASE

     On November 23, 2022, Non-Party Gray Media Group Inc., doing business as KGMB/KHNL, owner and operator of Hawaii News Now; and Lynn Kawano (collectively "Objectors") filed their Motion for Protective Order and/or to Quash Subpoena ("Motion").  [Dkt. no. 130.]  Because the Objectors are not parties to the instant case, they are DIRECTED to open a miscellaneous case and to re-file their Motion in the miscellaneous case.  This Court, **in its discretion**, sometimes elects to handle motions originally filed by third-parties in a miscellaneous case in the underlying criminal or civil case.  However, no such election has been made in this case.  The Motion that the Objectors filed in the instant case is therefore STRICKEN.  If the Objectors re-file their Motion in a miscellaneous case, the re-filed Motion will be addressed in the miscellaneous case.

     IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager